## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAVID LEE KLEENSANG and | ) | |
| BERNITA MARGARET KLEENSANG, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the objection to the Magistrate Judge's Findings and Recommendation (Filing No. 79) filed by a nonparty, Mary Hardy.

The Court adopted the Magistrate Judge's Findings and Recommendation, and therefore Ms. Hardy's objections are moot.

IT IS ORDERED:

1.      The objections filed by nonparty Mary Hardy (Filing No. 79) are denied as moot; and

3.      The Clerk is directed to mail a copy of this Memorandum and Order to the movant, Mary Hardy, at her last known address.

DATED this 11th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge